O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SCOTT SEARS, | ) | CASE NO. CV 11-00623 GAF (RZ) |
| Petitioner, | ) ) | |
| vs. | ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| LINDA SANDERS, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge, and has considered de novo any portions of the Report as to which Petitioner has filed objections. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: July 20, 2011

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE