O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SCOTT SEARS, | ) | CASE NO. CV 11-00623 GAF (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| LINDA SANDERS, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of SCOTT SEARS for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed for lack of subject matter jurisdiction.

DATED: July 20, 2011

*/s/ Gary Feess*

GARY A. FEESS
UNITED STATES DISTRICT JUDGE